UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR18-194 ADM/DTS

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
|---|---|---|
| Plaintiff, | ) ) ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d)(1) |
| v. | ) | 18 U.S.C. § 924(e) |
| | ) | 28 U.S.C. § 2461(c) |
| KENNETH DAVON LEWIS, | ) ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Armed Career Criminal in Possession of a Firearm)

On or about April 18, 2018, in the State and District of Minnesota, the defendant,

**KENNETH DAVON LEWIS,**

having been previously convicted of the following crimes, each of which is punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Attempted Aggravated Robbery | Hennepin County, MN | September 1, 2010 |
| Third Degree Assault | Hennepin County, MN | September 1, 2010 |
| Simple Robbery | Anoka County, MN | November 6, 2014 |
| Domestic Assault | Ramsey County, MN | December 4, 2015 |
| Theft | Dakota County, MN | November 17, 2016 |

did knowingly possess in and affecting interstate and foreign commerce a firearm, namely,



SCANNED
AUG 15 2018
U.S. DISTRICT COURT MPLS

U.S. v. Kenneth Davon Lewis

a Smith & Wesson model 659 9mm semi-automatic pistol bearing serial number A844133, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

As a result of the forgoing offense, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in or used in any knowing violation of Sections 922(g) and 924(e)(1), including a firearm, namely the Smith & Wesson model 659 9mm semi-automatic pistol bearing serial number A844133, all in violation of Title 18, United States Code, Sections 922(g)(1), 924(e)(1), and 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                                    FOREPERSON