UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Kenneth Davon Lewis,<br><br>　　　　　Defendant. | Criminal No.  18-cr-194 (ADM/DTS)<br><br>**DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, TO SUPPRESS TESTIMONY** |

　　Pursuant to the Fifth and Sixth Amendments, defendant Kenneth Davon Lewis hereby moves for the dismissal of the Indictment in this case, or alternatively, to suppress the testimony of Detective Tessa Villegas and enjoin her further participation in the investigation or prosecution of this case, for the following reasons:

　　1.　　Detective Villegas obtained privileged letters from Defendant to his attorney and the Minnesota State Law Library, communications that contained a detailed description of facts and legal strategies critical to Defendant's case and, despite knowing the nature of the communications and the importance of the information contained therein, forwarded those letters to the prosecutor in this case for his use and benefit in prosecuting Defendant.

　　This motion is supported by the accompanying memorandum and exhibits. Defendant requests an evidentiary hearing to develop testimony regarding this motion.

1

Dated:  June 29, 2019            s/ Kevin C. Riach
                                 Kevin C. Riach
                                 Attorney ID No. 389277
                                 Fredrikson & Byron, P.A.
                                 200 South Sixth Street, Suite 4000
                                 Minneapolis, MN 55402
                                 Phone:  612-492-7435

                                 **ATTORNEYS FOR DEFENDANT**
                                 **KENNETH DAVON LEWIS**