# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KENNETH DAVON LEWIS,

       Defendant.

## COURT MINUTES
BEFORE: DAVID T. SCHULTZ
U.S. Magistrate Judge

| | |
|---|---|
| Criminal No: | 18-cr-194 (ADM/DTS) |
| Date: | August 16, 2019 |
| Court Reporter: | Renee Rogge |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time in Court: | 6 hours |
| Hearing Type: | Evidentiary |

APPEARANCES:

Plaintiff: Thomas Calhoun-Lopez, Assistant U.S. Attorney
Defendant: Kevin Riach, CJA Appointment, and Dulce Foster, *Pro Bono* Counsel

Special Master: Dr. William Thompson

#27 *Daubert* Hearing

☒ Exhibits retained by the Court

NOTES: Evidentiary hearing is concluded. The Special Master will produce a report, after which the parties will have three weeks to simultaneously file their briefs, and one week to file any replies.

K. Reierson
Law Clerk
