# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Kenneth Davon Lewis (1),<br><br>Defendant. | **COURT MINUTES**<br>Case Number: 18-cr-194 (1) (NEB/DTS)<br><br>Date: September 21, 2020<br>Courthouse: St. Paul<br>Courtroom: 3A<br>Court Reporter: Erin Drost<br>Time Commenced: 9:00 a.m. - 11:30 a.m.<br>12:15 p.m. - 2:15 p.m.<br>2:30 p.m. - 4:15 p.m.<br>4:45 p.m. - 5:00 p.m.<br>Time Concluded: 5:00 p.m.<br>Time in Court: 6 hours and 30 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 15E, Minneapolis, Minnesota.

APPEARANCES:
  Plaintiff:    Thomas Calhoun-Lewis, Assistant U.S. Attorney
  Defendant:   Kevin Riach, CJA Appointed Attorney

PROCEEDINGS:
  ☒ Jury Voir Dire and Instructions
  ☒ Preliminary Instructions.
  ☒ Jury Trial - Began (Trial Day 1)
  ☒ Jury Selection Completed.
  ☒ Initial Instructions to selected jurors.
  ☒ Trial continued to September 22, 2020 at 9:00 a.m.

Date: September 21, 2020

   s/KW
Signature of Courtroom Deputy to Judge Nancy E. Brasel

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: 18-cr-194 (1)  (NEB/DTS) |
| v. | |
| | Date: September 21, 2020 |
| Kenneth Davon Lewis (1), | Courthouse: St. Paul |
| | Courtroom: 3A |
| | Court Reporter: Erin Drost |
| | Time Commenced: 9:00 a.m. - 11:30 a.m. |
| Defendant. | 12:15 p.m. - 2:15 p.m. |
| | 2:30 p.m. - 4:15 p.m. |
| | 4:45 p.m. - 5:00 p.m. |
| | Time Concluded: 5:00 p.m. |
| | Time in Court: 6 hours and 30 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 15E, Minneapolis, Minnesota.

APPEARANCES:
  Plaintiff: Thomas Calhoun-Lewis, Assistant U.S. Attorney
  Defendant: Kevin Riach, CJA Appointed Attorney

PROCEEDINGS:
  ☒ Jury Voir Dire and Instructions
  ☒ Preliminary Instructions.
  ☒ Jury Trial - Began (Trial Day 1)
  ☒ Jury Selection Completed.
  ☒ Initial Instructions to selected jurors.
  ☒ Trial continued to September 22, 2020 at 9:00 a.m.

Date: September 21, 2020                                               s/KW
                                         Signature of Courtroom Deputy to Judge Nancy E. Brasel

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: 18-cr-194 (1)  (NEB/DTS) |
| v. | |
| Kenneth Davon Lewis (1), | Date: September 21, 2020 |
| | Courthouse: St. Paul |
| | Courtroom: 3A |
| | Court Reporter: Erin Drost |
| Defendant. | Time Commenced: 9:00 a.m. - 11:30 a.m. |
| | 12:15 p.m. - 2:15 p.m. |
| | 2:30 p.m. - 4:15 p.m. |
| | 4:45 p.m. - 5:00 p.m. |
| | Time Concluded: 5:00 p.m. |
| | Time in Court: 6 hours and 30 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 15E, Minneapolis, Minnesota.

APPEARANCES:
  Plaintiff:    Thomas Calhoun-Lewis, Assistant U.S. Attorney
  Defendant:    Kevin Riach, CJA Appointed Attorney

PROCEEDINGS:
  ☒ Jury Voir Dire and Instructions
  ☒ Preliminary Instructions.
  ☒ Jury Trial - Began (Trial Day 1)
  ☒ Jury Selection Completed.
  ☒ Initial Instructions to selected jurors.
  ☒ Trial continued to September 22, 2020 at 9:00 a.m.

Date: September 21, 2020                                                    s/KW
                                         Signature of Courtroom Deputy to Judge Nancy E. Brasel