# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

UNITED STATES OF AMERICA,

Plaintiff,

v.

Kenneth Davon Lewis (1),

Defendant.

## COURT MINUTES
Case Number: 18-cr-194 (1) (NEB/DTS)

| | |
|---|---|
| Date: | September 22, 2020 |
| Courthouse: | St. Paul |
| Courtroom: | 3A |
| Court Reporter: | Erin Drost |
| Time Commenced: | 9:10 a.m. - 10:35 a.m.<br>11:00 a.m. - 12:15 p.m.<br>1:20 p.m. - 3:00 p.m.<br>3:20 p.m. - 4:20 p.m. |
| Time Concluded: | 4:20 p.m. |
| Time in Court: | 5 hours and 20 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 15E, Minneapolis, Minnesota.

APPEARANCES:

Plaintiff: Thomas Calhoun-Lewis, Assistant U.S. Attorney
Defendant: Kevin Riach, CJA Appointed Attorney

PROCEEDINGS:

- ☒ Preliminary Instructions.
- ☒ Jury Trial -(Trial Day 2)
- ☒ Opening Statements by both parties
- ☒ Government Witnesses: Officer Thomas Sharon, Michael Moriarty, Officer Phillip Wege, Detective Autumn Nelson, and Officer Stephen Beberg
- ☒ Defendant's motion for mistrial was moved, argued and denied.
- ☒ Defendant's second motion for mistrial was moved, argued and denied.
- ☒ Trial continued to September 23, 2020 at 9:00 a.m.

Date: September 22, 2020

s/KW
Signature of Courtroom Deputy to Judge Nancy E. Brasel