# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: 18-cr-194 (1) (NEB/DTS) |
| v. | |
| Kenneth Davon Lewis (1), | Date: September 23, 2020 |
| | Courthouse: St. Paul |
| | Courtroom: 3A |
| | Court Reporter: Erin Drost |
| | Time Commenced: 9:05 a.m. - 10:35 a.m. |
| Defendant. | 11:00 a.m. - 12:10 p.m. |
| | Time Concluded: 1:15 p.m. - 2:15 p.m. |
| | 2:45 p.m. - 3:15 p.m. |
| | Time in Court: 4 hours and 10 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 15E, Minneapolis, Minnesota.

**APPEARANCES:**
- Plaintiff: Thomas Calhoun-Lewis, Assistant U.S. Attorney
- Defendant: Kevin Riach, CJA Appointed Attorney

**PROCEEDINGS:**
- ☒ Jury Trial -(Trial Day 3)
- ☒ Government Witnesses: Britta Mattox, Lt. Daniel Douglas, Shannon Black, Kelly O'Donnell, Norman Henderson, Erin Moriarity, and Brittany Hanson
- ☒ The Government rests.
- ☒ The Defendant's Rule 29 Motion for Judgment of Acquittal was moved, argued and denied.
- ☒ Defendant Witness: Officer Anthony Newton
- ☒ Stipulations by the parties were reviewed by the parties and defendant agreed to their admission.
- ☒ Trial continued to September 24, 2020 at 9:00 a.m.

Date: September 23, 2020                                                                 s/KW
                                                            Signature of Courtroom Deputy to Judge Nancy E. Brasel